UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEALTH COALITION, INC., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>NEW ENGLAND ALLERGY ASTHMA )<br>IMMUNOLOGY & PRIMARY CARE, )<br>P.C. and THOMAS F. JOHNSON, )<br>Individually )<br>)<br>    Defendants. )<br>) | Civil Action No. 05-cv-11816 NMG |

## LOCAL RULE 7.3 CORPORATE DISCLOSURE STATEMENT OF HEALTH COALITION, INC.

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, Plaintiff Health Coalition, Inc. states that it has no parent corporation and that there are no publicly held companies that own more than 10% of its stock.

BOS-894620 v1

       Respectfully submitted,

       HEALTH COALITION, INC.,

       By its attorneys,

       /s/ Stacey L. Gorman
       Brian M. Forbes (BBO# 644787)
        bforbes@klng.com
       Stacey L. Gorman (BBO# 655147)
        sgorman@klng.com
       KIRKPATRICK & LOCKHART
       NICHOLSON GRAHAM LLP
       75 State Street
       Boston, MA  02109
       Tele:  (617) 261-3100
       Fax:   (617) 261-3175

Dated: September 8, 2005

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the following individuals via first class mail, postage prepaid on this 8th day of September, 2005:

    Dr. Thomas F. Johnson
    34 Samoset Dr.
    Salem, New Hampshire 03079-1532

    Marybeth McGinnis, Registered Agent
    New England Allergy Asthma Immunology & Primary Care, P.C.
    555 Turnpike Street
    Ste. 31
    North Andover, Massachusetts 01845

    Arthur McCabe, Esq.
    Arthur J. McCabe & Associates, P.C.
    One Elm Square
    PO Box 990
    Andover, MA 01810

        ___/s/ Stacey Gorman_____
        Stacey L. Gorman