AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF  MASSACHUSETTS

HEALTH COALITION, INC.,      **SUMMONS IN A CIVIL CASE**
    Plaintiff,

V.      CASE NUMBER:

NEW ENGLAND ALLERGY ASTHMA
IMMUNOLOGY & PRIMARY CARE P.C.
and THOMAS F. JOHNSON, individually,     **05 CV 11816 NMG**
    Defendants.

TO: (Name and address of defendant)

    New England Allergy Asthma Immunology & Primary Care P.C.
    555 Turnpike Street, Suite 31, No. Andover, MA  01845

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Brian M. Forbes
    Stacey L. Gorman
    Kirkpatrick & Lockhart Nicholson Graham LLP
    75 State Street
    Boston, MA  02109

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON       SEP - 6 2005

CLERK      DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

Serv
NAME C
Ch

**Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

September 12, 2005
September 12, 2005

☐ I hereby certify and return that on 9/12/2005 at 1:35PM I served a true and attested copy of the summons in a civil case and complaint w/exhibits in this action in the following manner: To wit, by delivering in hand to Alexis Johnson, admin, agent, person in charge at the time of service for NEW ENGLAND ALLERGY ASTHMA IMMUNOLOGY & PRIMARY CARE, PC, 555 Turnpike St., Suite 31, North Andover MA 01845 . Basic Service Fee ($30.00), Conveyance ($1.50), Travel ($14.40), Postage and Handling ($1.00), Copies ($5.00) Total Charges $51.90

Deputy Sheriff Gil Frechette                                                                 *Deputy Sheriff*

☐ Other *(specify):*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
              *Date*                       *Signature of Server*

                                           _____
                                           *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure