UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEALTH COALITION, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>NEW ENGLAND ALLERGY ASTHMA<br>IMMUNOLOGY & PRIMARY CARE,<br>P.C. and THOMAS F. JOHNSON,<br>Individually<br><br>    Defendants. | No. 05-CV-11816 NMG |

## ACCEPTANCE OF SERVICE OF PROCESS
## ON BEHALF OF DEFENDANT THOMAS F. JOHNSON
## **BY APPOINTED AGENT**

I, Arthur J. McCabe, Esq., hereby declare:

1. I am an attorney duly licensed to practice in the Commonwealth of Massachus[etts] and in the federal district courts of this judicial district.

2. I have been hired to represent the interests of Defendant Thomas F. Johnson, individually and Defendant New England Allergy Asthma Immunology & Primary Care, P.C. ("Defendant"). I have been appointed as Defendant Johnson's agent authorized to receive serv[ice] of process.

3. On September 15, 2005, I voluntarily accepted from Brian M. Forbes, Esq., plaintiff's attorney, service of the summons and complaint in this matter by accepting person[al] delivery of a true copy of the summons and complaint for Defendant Thomas F. Johnson, individually.

BOS-895322 v1

- 2 -

4.  Defendant Thomas F. Johnson has been duly informed by me of my acceptance service of process and Defendant Johnson has acknowledged and approved of my actions in doing so.

5.  Defendant Johnson hereby acknowledges that process shall be deemed to have been sufficiently and properly served upon him on September 15, 2005 in accordance with applicable law, and that plaintiff is not required to take any further action with respect to the service of the summons and complaint.

I declare under penalty of perjury that each of the facts set out in this declaration is true and correct as of my own personal knowledge, and that if called as a witness to testify in this matter, I could and would competently testify to each of the facts set out in the declaration.

Executed on this 15 day September 2005 at Andover, MA.

                                        Agent Authorized By Appointment,

                                        _____
                                        Arthur J. McCabe, Esq.
                                        Arthur J. McCabe & Associates, P.C.
                                        One Elm Square
                                        Andover, MA 01810
                                        Attorney for Defendants

- 3 -

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to Brian M. Forbes, Esq., Kirkpatrick & Lockhart Nicholson Graham LLP, 75 State Street, Boston, MA 02109, this 15 day of September, 2005.