UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Health Coalition, Inc.
    Plaintiff(s),

v.

New England Allergy Asthma
Immunology & Primary Care,
P.C. and Thomas F. Johnson,
individually
    Defendant(s),

CIVIL ACTION
NO. 05-11816-NMG

## ORDER OF RECUSAL

GORTON, D.J.

    Because Judge Gorton is a stockholder and officer of a closely-held family corporation that is represented by the Kirkpatrick & Lockhart Nicholson Graham LLP lawfirm, he hereby recuses himself from this case.

BY ORDER OF THE COURT,

_____
Deputy Clerk

Dated: 11-29-05