## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

RE:   Civil   __05-11816-MEL__

Title:   __Health Coaltion, Inc., v . New England Allergy__

**N O T I C E**

Please take notice that the above-entitled case previously assigned to

Judge __Gorton__ has been transferred to Judge __Lasker__ for all further

proceedings. From this date forward the case number on all pleadings should be

followed by the initials __MEL__ .

Thank you for your cooperation in this matter.

                                        SARAH A. THORNTON
                                      CLERK OF COURT

                        By:   __/s/ Craig J. Nicewicz__
                              Deputy Clerk

Date:   __11/29/05__

_____   Please NOTE that the above case has been transferred to the Western Division in Springfield. All future filings should be made at the Clerk's Office, Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103.

_____   Please NOTE that the above case has been transferred to the Central Division in Worcester. All future filings should be made at the Clerk's Office, U.S. District Court, Room 502, 595 Main Street, Worcester, MA 01608-2076.

Copies to:   Counsel

(Notice of Transfer.wpd - 3/7/2005)