UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HEALTH COALITION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 05-cv-11816 MEL |
| NEW ENGLAND ALLERGY ASTHMA | ) | |
| IMMUNOLOGY & PRIMARY CARE, | ) | |
| P.C. and THOMAS F. JOHNSON, | ) | |
| Individually | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## LOCAL RULE 16.1(D)(3) CERTIFICATION OF HEALTH COALITION, INC.

Pursuant to Local Rule 16.1(D)(3) of the United States District Court for the District of Massachusetts, the undersigned hereby certify that they have conferred:

(a)    with a view to establishing a budget for the costs of conducting the full course --

and various alternative courses -- of the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute

resolution programs such as those outlined in Local Rule 16.4.

BOS-918956 v1

HEALTH COALITION, INC.

By its authorized representative,

Kenneth Sousa
Alhambra International Center - Suite 900
255 Alhambra Circle
Coral Gables, FL   33134-7400

HEALTH COALITION, INC.,

By its attorneys,

Brian M. Forbes (BBO# 644787)
  bforbes@klng.com
Stacey L. Gorman (BBO# 655147)
  sgorman@klng.com
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
75 State Street
Boston, MA  02109
Tele:   (617) 261-3100
Fax:    (617) 261-3175

Dated:  December ___, 2005