### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

 Health Coalition Inc.
                    Plaintiff(s)

                                                        CIVIL ACTION

                    V.                                  NO.  05-11816-MEL

 New England Allergy Asthma Immunology & Primary Care
                    Defendant(s)

### ORDER OF REFERENCE
### FOR
### ALTERNATIVE DISPUTE RESOLUTION

        After consultation with counsel and after consideration of the various alternative dispute resolution

programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to  _____

_____  for the following ADR program:


_____ SCREENING CONFERENCE          _____ EARLY NEUTRAL EVALUATION

____x____ MEDIATION                    _____ MINI-TRIAL

_____ SUMMARY JURY TRIAL            _____ SETTLEMENT CONFERENCE

_____ SPECIAL MASTER

_____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM


        Upon notification of the time and place designated for the proceeding, counsel are directed to be

present with their clients or with appropriate settlement authority and to provide any written documentation

which may be required for the particular ADR program.    If counsel is engaged on trial or has any

scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other

counsel should be advised of the conflict immediately.


 December 21, 2005                      ___/s/ Morris E. Lasker_____
            DATE                        UNITED STATES DISTRICT JUDGE


### CASE CATEGORY

| | | | |
|---|---|---|---|
| Admiralty | _____ | Antitrust | _____ |
| Civil Rights | _____ | Contract | X |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | _____ | FELA | _____ |
| Labor Relations | _____ | Medical Malpractice | _____ |
| Personal Injury | _____ | Product Liability | _____ |
| Shareholder Dispute | _____ | | |
| Other | | _____ | |

(ADR Referral.wpd - 4/12/2000)                                              [orefadr.]