UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| HEALTH COALITION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-cv-11816-MEL |
| | ) | |
| NEW ENGLAND ALLERGY ASTHMA | ) | |
| IMMUNOLOGY & PRIMARY CARE, | ) | |
| P.C. and THOMAS F. JOHNSON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

NOTICE OF APPEARANCE

Please enter the appearance of Peter J. Haley of Gordon Haley LLP as counsel for the

Defendant New England Allergy Asthma Immunology & Primary Care, P.C. in this case.

Dated this 18th day of January, 2006.

Respectfully submitted,

/s/ Peter J. Haley
Peter J. Haley (BBO No. 543858)
Gordon Haley LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 261-0100
(617) 261-0789 – Facsimile
Email: haley@gordonhaley.com

P:\Clients\NE Allergy Asthma\Plead\Not of Appear01.doc