UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HEALTH COALITION, INC., ) ) Plaintiff, ) ) v. ) ) NEW ENGLAND ALLERGY ASTHMA ) IMMUNOLOGY & PRIMARY CARE, ) P.C. and THOMAS F. JOHNSON, ) ) Defendants. ) | Civil Action No. 05-cv-11816-MEL |

NOTICE OF APPEARANCE

Please enter the appearance of Leslie F. Su of Gordon Haley LLP as counsel for the Defendant New England Allergy Asthma Immunology & Primary Care, P.C. in this case.

Dated this 13th day of April, 2006.

Respectfully submitted,

/s/ Leslie F. Su
Leslie F. Su (BBO No. 641833)
Gordon Haley LLP
101 Federal Street
Boston, Massachusetts 02110
Tel:   (617) 261-0100
Fax:   (617) 261-0789
Email: Lsu@gordonhaley.com

P:\Clients\NE Allergy Asthma\Health\Plead\Not of Appear02.doc