UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEALTH COALITION, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Civil Action No. 05-cv-11816 NMG<br>NEW ENGLAND ALLERGY ASTHMA )<br>IMMUNOLOGY & PRIMARY CARE, )<br>P.C. and THOMAS F. JOHNSON, )<br>Individually )<br>)<br>Defendants. )<br>) | |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of the undersigned as counsel for plaintiff Health Coalition, Inc. in the above-captioned matter. The undersigned requests receipt of notice of court filings in this matter by the Case Management/Electronic Filing System.

                                                HEALTH COALITION, INC.,
                                                By its attorneys,

                                                /s/ Jeffrey S. King
                                                Jeffrey S. King (BBO # 559000)
                                                 jking@klng.com
                                               KIRKPATRICK & LOCKHART
                                               NICHOLSON GRAHAM LLP
                                               State Street Financial Center
                                               One Lincoln Street
                                               Boston, MA  02109
                                               Tele:   (617) 261-3100
                                               Fax:    (617) 261-3175

Dated:  April 13, 2006

- 2 -

**CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non registered participants by first-class mail, on this 13th day of April, 2006.

                         /s/ Jeffrey S. King
                         Jeffrey S. King