UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEALTH COALITION, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 05-cv-11816 MEL |
| NEW ENGLAND ALLERGY ASTHMA | ) |
| IMMUNOLOGY & PRIMARY CARE, | ) |
| P.C. and THOMAS F. JOHNSON, | ) |
| Individually | ) |
| | ) |
| Defendants. | ) |
| | ) |

## JOINT STATEMENT FOR SCHEDULING

Pursuant to the Court's Order issued in connection with the Scheduling Conference held on April 13, 2006, plaintiff Health Coalition, Inc. ("HCI") and defendants New England Allergy Asthma Immunology & Primary Care, P.C. ("New England Allergy") and Dr. Thomas F. Johnson ("Dr. Johnson") (collectively the "Defendants") submit the following joint discovery proposal.[1]

**PROPOSED PRE-TRIAL SCHEDULE**

A proposed pre-trial schedule, including a joint discovery plan and proposed schedule for the filing of motions, is as follows:

| EVENT | PLAINTIFF'S PROPOSED DATES | DEFENDANTS' PROPOSED DATES |
|---|---|---|
| Fact discovery completed by: | August 14, 2006 | October 14, 2006 |
| Expert disclosures shall be made as required by Rule 26(a)(2) and Local Rules 16.5(C) and 26.4(A) by: | August 28, 2006 | October 28, 2006 |

---

[1] Because the parties could not reach agreement on a proposed schedule, the parties identify separately herein their proposed dates. Defendants' proposal adds sixty days to the dates proposed by plaintiff.

| EVENT | PLAINTIFF'S PROPOSED DATES | DEFENDANTS' PROPOSED DATES |
|---|---|---|
| Rebuttal expert disclosures shall be made by: | September 11, 2006 | November 11, 2006 |
| Expert discovery to be completed by: | October 9, 2006 | December 9, 2006 |
| All dispositive motions, including those pursuant to Fed. R. Civ. P. 56, filed by: | November 6, 2006 | January 6, 2007 |
| Final Pre-trial Conference | January 15, 2007 | March 15, 2007 |
| Trial Ready | February 12, 2007 | April 12, 2007 |

Respectfully submitted,

HEALTH COALITION, INC.,

By its attorneys,

/s/ Brian M. Forbes
Jeffrey S. King (BBO# 559000)
  jking@klng.com
Brian M. Forbes (BBO# 644787)
  bforbes@klng.com
Stacey L. Gorman (BBO# 655147)
  sgorman@klng.com
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111
Tele:   (617) 261-3100
Fax:    (617) 261-3175

NEW ENGLAND ALLERGY ASTHMA IMMUNOLOGY & PRIMARY CARE, P.C.,

By its attorneys,

/s/ Peter J. Haley (w/permission)
Peter J. Haley
  haley@gordonhaley.com
Leslie F. Su
  LSU@gordonhaley.com
GORDON HALEY LLP
101 Federal Street
Boston, MA 02110
(617) 261-0100
(617) 261-0789

DR. THOMAS F. JOHNSON,

By his attorneys,

/s/ William H. DiAdamo (w/permission)
William H. DiAdamo (BBO #558883)
WILLIAM H. DIADAMO LAW OFFICE LLP
40 Appleton Way
Lawrence, MA 01840
(978) 685-4271

Arthur J. McCabe
artmccabe@mccabeassoc.com
ARTHUR J. MCCABE & ASSOCIATES, P.C.
One Elm Square
Andover, MA 01810

Dated:  May 12, 2006

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non registered participants by first-class mail, on this 12 day of May, 2006.

            /s/ Brian M. Forbes
            Brian M. Forbes