UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEALTH COALITION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action # 05-cv-11816MEL |
| v. ) | |
| ) | |
| NEW ENGLAND ALLERGY ASTHMA ) | |
| IMMUNOLOGY & PRIMARY CARE, ) | |
| P.C. and THOMAS F. JOHNSON, ) | |
| Individually ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

To the Clerk of the Above Named Court:

Please withdraw my appearance as attorney for New England Allergy and Thomas Johnson, in the above entitled action.
Notice of Appearance of successor counsel has already been filed.

Dated: September 13, 2006

_____
Arthur J. McCabe
29 South Canal Street
Lawrence, MA 01843
(978)470-0200
BBO# 327020

**CERTIFICATE OF SERVICE**

I, Arthur J. McCabe, hereby certify that on this 13th day of September, 2006, I served the foregoing Notice of Withdrawal of Appearance by mailing a copy thereof via first-class mail, postage prepaid, to counsel of record.

_____
Arthur J. McCabe