UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEALTH COALITION, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEW ENGLAND ALLERGY ASTHMA )<br>IMMUNOLOGY & PRIMARY CARE, )<br>P.C. and THOMAS F. JOHNSON, )<br>Individually )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 05-cv-11816 MEL |

## [Proposed] ORDER

HAVING CONSIDERED all relevant submissions in connection with Plaintiff Health Coalition, Inc.'s Motion to Enforce Settlement Agreement (Docket No. 22), it is hereby ORDERED that:

Plaintiff Health Coalition, Inc. and Defendants New England Allergy Asthma Immunology & Primary Care, P.C. Thomas F. Johnson, shall jointly move, no later than September 25, 2006, in the form of the joint motion attached hereto as Exhibit A, for an Order seeking relief from the Temporary Restraining Order entered on June 14, 2006 ("TRO") by the Superior Court of the Commonwealth of Massachusetts for Essex County, in an action entitled Atlantic Biologicals Corporation v. New England Allergy Asthma Immunology & Primary Care, P.C. Thomas F. Johnson, M.D., Civ. No. 06-640SD. The joint motion to the Superior Court shall request that the Superior Court either approve Defendants' Settlement with Health Coalition, Inc. as permitted under the existing TRO or modify the TRO to allow the Settlement Agreement between Health Coalition, Inc. and Defendants to be executed.

BOS-1005389 v2

IT IS SO ORDERED

Dated: __9/25__, 2006

_____
Judge Morris E. Lasker
United States District Court Judge