UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| HEALTH COALITION, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-cv-11816-MEL |
| NEW ENGLAND ALLERGY ASTHMA IMMUNOLOGY & PRIMARY CARE, P.C. and THOMAS F. JOHNSON, | ) ) ) ) | |
| Defendants. | ) ) | |

CERTIFICATE OF SERVICE

I, Leslie F. Su, hereby certify that the Objection of New England Allergy & Asthma Immunology & Primary Care, P.C. to Plaintiff's Renewed Motion to Enforce Settlement Agreement (Docket No. 33) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 9, 2007.

/s/ Leslie F. Su
Peter J. Haley (BBO No. 543858)
Leslie F. Su (BBO No. 641833)
Gordon Haley LLP
101 Federal Street
Boston, Massachusetts 02110
(617) 261-0100
Dated: January 9, 2007     (617) 261-0789 – Facsimile

P:\Clients\NE Allergy Asthma\Health\Plead\Cert of Ser f Obj to Second Mot f Ord to Enforce Settlement Agr.doc