UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEALTH COALITION, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NEW ENGLAND ALLERGY ASTHMA ) <br> IMMUNOLOGY & PRIMARY CARE, ) <br> P.C. and THOMAS F. JOHNSON, ) <br> Individually ) <br> ) <br> Defendants. ) <br> _____) | Civil Action No. 05-cv-11816 MEL |

## [~~Proposed~~] ORDER

HAVING CONSIDERED all relevant submissions in connection with Plaintiff Health Coalition, Inc.'s Renewed Motion to Enforce Settlement Agreement (Docket No. **304**), it is hereby ORDERED that:

1) The Settlement Agreement by and between Plaintiffs Health Coalition, Inc. ("HCI") and Defendants New England Allergy Asthma Immunology & Primary Care, P.C. and Thomas F. Johnson shall be entered as an Order of the Court.

2) Defendants New England Allergy Asthma Immunology & Primary Care, P.C. and Thomas F. Johnson shall *use its best efforts to* provide plaintiff HCI with the information and/or documents listed below, no later than **Jan 31**, 2007:

- Insurance information
    - A copy of the insurance policy (or policies) with all riders;
    - Documents evidencing that HCI is listed as the owner and the primary beneficiary of the policy;

- Confirmation that HCI will be provided with notice of non-payment of any premium owed and notice of intent to terminate; and

- Waivers from other beneficiaries.

- Control Agreement

  - Formal written documentation from TD BankNorth to HCI confirming that TD BankNorth will not execute a control agreement for Defendants and HCI, or Defendants and any of their creditors.

3) Defendants shall perform under the Settlement Agreement, including without limitation, by providing documents and/or information necessary to comply with the settlement with HCI, and by executing the appropriate documents to effect the settlement between HCI and Defendants.

4) Defendants New England Allergy Asthma Immunology & Primary Care, P.C. and Thomas F. Johnson shall pay HCI for all costs associated with its efforts to obtain the above-referenced documentation, including but not limited to all attorneys' fees and costs incurred in connection with the Renewed Motion to Enforce the Settlement.

IT IS SO ORDERED

Dated: Jan 17, 2007

_____
Judge Morris E. Lasker
United States District Court Judge

- 2 -