UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HEALTH COALITION, INC., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>NEW ENGLAND ALLERGY ASTHMA )<br>IMMUNOLOGY & PRIMARY CARE, )<br>P.C. and THOMAS F. JOHNSON, )<br>Individually )<br>)<br>    Defendants. )<br>) | Civil Action No. 05-cv-11816 MEL |

## JOINT STATUS REPORT OF THE PARTIES

Pursuant to the Court's Order dated April 19, 2007 (entered on 4/23/07), the Court requested that the parties submit either a joint proposed or separate proposed orders addressing how to fulfill the terms of the Settlement Agreement in the above-referenced matter with regard to the insurance policy on or before May 3, 2007. Because the parties are still working on a joint proposed order, the parties request that they be permitted to file a joint proposed order with the Court no later than May 10, 2007. To the extent the parties still have not reached agreement on a joint proposed order, the parties will file separate proposed orders addressing how to fulfill the terms of the Settlement Agreement with regard to the insurance policy no later than May 10, 2007.

BOS-1079224 v1

- 2 -

Respectfully submitted,

| HEALTH COALITION, INC., | NEW ENGLAND ALLERGY ASTHMA IMMUNOLOGY & PRIMARY CARE, P.C., |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ Brian M. Forbes | /s/ Peter J. Haley (w/permission) |
| Jeffrey S. King (BBO# 559000)<br>  jeffrey.king@klgates.com<br>Brian M. Forbes (BBO# 644787)<br>  brian.m.forbes@klgates.com<br>KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA  02111<br>Tele:   (617) 261-3100<br>Fax:    (617) 261-3175 | Peter J. Haley<br>  haley@gordonhaley.com<br>Leslie F. Su<br>  LSU@gordonhaley.com<br>GORDON HALEY LLP<br>101 Federal Street<br>Boston, MA 02110<br>(617) 261-0100<br>(617) 261-0789 |

- 3 -

## CERTIFICATE OF SERVICE

     I hereby certify that this document, filed on May 3, 2007 through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.


Peter J. Haley
Leslie F. Su
Gordon Haley LLP
101 Federal Street
Boston, MA 02110

William H. DiAdamo
DiAdamo Law Office, LLP
40 Appleton Way
Lawrence, MA 01840

                                              /s/ Brian M. Forbes